# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

GREG DAVIS,                        )
                                   )
    Petitioner,                )
                                   )
v.                                 )        CV416-119
                                   )
SAMUEL S. OLENS;                   )
Attorney General; JUDGE            )
MICHAEL L. KARPF,                  )
                                   )
    Respondents.               )

## ORDER

Proceeding *pro se*, Greg Davis filed a "Motion Under Rule 60(b)(3) Fraud." Doc. 1. But it had nothing to do with anything that's occurred in this Court. Instead, it attacked what Davis seemed to say was a state criminal court "competency judgment" against him. *Id*. at 4. The Clerk docketed it as a 28 U.S.C. § 2254 petition. The Court accepted the Clerk's designation for docket-keeping purposes but abstained from judicially characterizing the filing as a § 2254 petition -- until Davis clarified what he sought. It directed the Clerk to send him specific forms for filing both habeas and civil rights cases, and gave him a deadline for

filing the one claim he intended to advance. *Davis v. Olens*, 2016 WL 3034069 at * 2 (S.D. Ga. May 26, 2016).

Still proceeding *pro se*, Davis has responded with a 42 U.S.C. § 1983 form Complaint raising claims against Georgia's Attorney General and a state court judge. Doc. 4. However, he is an inmate who also moves for leave to proceed *in forma pauperis*. Doc. 2. That triggers application of the Prison Litigation Reform Act (PLRA) and this Court's two-step, Consent and Prison Account process. *See Smith v. Savannah Metro Police Department*, 2016 WL 4492821 at * 4 (S.D. Ga. Aug. 25, 2016). Davis faces a $350 filing fee on that score. *Hachey v. Moody*, 2016 WL 7242563 at * 1 (S.D. Ala. Nov. 21, 2016). But if in substance he is bringing a habeas petition, then a different ($5) fee applies. 28 U.S.C. § 1914(a); *Ubele v. United States*, 2016 WL 3276958 at *1 n. 1 (S.D. Ga. June 13, 2016). And substance trumps nomenclature. *See Castro v. United States*, 540 U.S. 375, 381 (2003) (substance must govern over nomenclature, so a proceeding's label that a litigant chooses is irrelevant); *Moses v. Kramer*, 2012 WL 1448114 at *1 (S.D. Ga. Feb. 2, 2012).

Davis' latest pleading reveals the substance of his case. Evidently the State prosecuted Davis for "several crimes arising out of Savannah Georgia in . . . *State of Georgia vs. Greg Davis*, CR95-0503-BIA,"doc. 1 at 3, and in that case defendant Judge Michael L. Karpf "perpetrated a fraud in violation of the Federal Rules of Evidence when he selected two state appointed expert witnesses to falsely navigate [sic] and testify that the petitioner was competent to stand trial." Doc. 4 at 10. He seeks no money damages but requests an "evidentiary hearing" to "set aside the judgement." *Id.* at 15; *see also id.* at 5-8 (raising other allegations but essentially urging the same result).

The Court has independently located the State court docket for the 1995-1996, "Case Number CR950503" prosecution of Davis for, *inter alia*, rape, kidnapping and armed robbery. *See* attached. His Department of Corrections record (also attached) shows that he is serving a life sentence on various charges.

The Court concludes that Davis is advancing a § 2254 petition, but evidently is being coy about it (there is an extraordinarily high

probability that it is time-barred).[1]  And no prior § 2254 petition shows up in the record.  Before passing on his IFP motion, however, the Court will issue him a *Castro* warning[2] to advise him of the implications of the Court's construction.  If he elects to proceed with his § 2254 petition, the Court will (since he is indigent) grant his IFP motion.  But if he abandons this case, that motion will be denied as moot.

In any event, Davis is warned that:

> No sooner than 30 days from the date this Order is served, the Court will re-characterize your 42 U.S.C. § 1983 Complaint (doc. 4) as a 28 U.S.C. § 2254 petition.  You are thus warned of this eventuality, but you can exert some control right now.  For example, you can withdraw your § 2254 petition expressly by placing your written election within your prison's mail system by no later than the thirtieth day after the date this Order is served.  Or, you can do nothing, in which case (after that 30-day period) the undersigned will advise dismissal of this matter without prejudice -- on abandonment grounds.  *See* LOCAL RULE 41.1.

---

[1]  Davis had to file for § 2254 relief within one year after the date his conviction became final.  28 U.S.C. § 2244(d)(1).

[2]  *See Castro*, 540 U.S. at 383 ("[W]hen a court recharacterizes a *pro se* litigant's [filing] as a first § 2255 motion . . . [it] must notify the *pro se* litigant that it intends to recharacterize the pleading, warn the litigant that this recharacterization means that any subsequent § 2255 motion will be subject to the restrictions on 'second or successive' motions, and provide the litigant an opportunity to withdraw the motion or to amend it so that it contains all the § 2255 claims he believes he has.").  *Castro* and its warnings also apply in the § 2254 context.  *See Jones v. O'Neal*, 2012 WL 6084650 at * 1 n. 3 (S.D. Ga. Dec. 6, 2012).

If you choose to proceed under § 2254, you will lose your ability to file any successive petition on this same matter without first seeking permission to do so from the Eleventh Circuit. And any second petition will be subject to the restrictive conditions set forth in 28 U.S.C. § 2244(b)(2) -- conditions that do not apply to a *first* § 2254 petition.

Finally, your current filing (doc. 4) is deficient, so if you wish to proceed under § 2254, you must reconstitute your claims within the AO 241, § 2254 form petition included with this Order. You also must answer all of the questions on that form, including the ¶ 18 "TIMELINESS OF PETITION" question.

The Clerk is **DIRECTED** to: (a) send to Davis a standard form 28 U.S.C. § 2254 petition; and (b) docket-specify the thirty-day deadline noted above.

**SO ORDERED**, this 6th day of January, 2017.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA



**CHATHAM COUNTY, GA**
## Eastern Judicial Circuit of Georgia

**Home**  **Juvenile Court**  **Magistrate Court**  **Probate Court**  **Recorder's Court**  **State Court**  **Superior Court**  **Court Forms**  **Court Fees**

**January 04, 2017**    Location: **Case Details**    Search...



## Case Details



**State**
**vs.**
**DAVIS, GREG**

- Case Events
- Charges
- Parties
- Proceedings

| Case Information | |
|---|---|
| Court: | Superior |
| Case Number: | CR950503 |
| Case Type: | RPF |
| Judge: | HONORABLE JAMES BASS |
| Assistant District Attorney: | MELANIE HIGGINS |
| Date Filed: | 3/8/1995 |
| Status: | CLOSED - OTHER/MENTALLY ILL |
| Disposition Date: | 9/23/1996 |
| Disposition: | OTHER/MENTALLY ILL |

| Defendant Information | |
|---|---|
| Name: | DAVIS, GREG |
| DIN: | X0057558 |
| Gender: | MALE |
| Race: | AFRICAN AMERICAN |
| Height: | 68 |
| Weight: | 150 |
| Eyes: | BROWN |
| Hair: | BROWN |

**Attorney Information**
DONALD B III LOWE
25 POINTER PLACE
SAVANNAH, GA
31419

**Bondsman Information**
N/A

### Case Events

| Date | Time | Code | Judge | Action |
|---|---|---|---|---|
| 9/23/1996 | 09:00AM | ARRAIGNMENT/PLEA HEARING | JAMES BASS | |
| 9/23/1996 | 10:00AM | JURY TRIAL | JAMES BASS | RESCHEDULE EVENT |
| 9/23/1996 | 09:00AM | JURY TRIAL | JAMES BASS | CANCELLED EVENT - CL |
| 9/23/1996 | 3:00PM | MOTION HEARING (MTH) | JAMES BASS | CANCELLED EVENT - CL |
| 9/16/1996 | 10:00AM | JURY TRIAL | JAMES BASS | CANCELLED EVENT - CL |
| 7/16/1996 | 09:00AM | ARRAIGNMENT/PLEA HEARING | JAMES BASS | |
| 6/24/1996 | 11:00AM | JURY TRIAL | JAMES BASS | EVENT COMPLETE |
| 5/20/1996 | 10:00AM | JURY TRIAL | JAMES BASS | RESCHEDULE EVENT |
| 4/8/1996 | 10:00AM | JURY TRIAL | JAMES BASS | RESCHEDULE EVENT |
| 2/26/1996 | 11:00AM | JURY TRIAL | JAMES BASS | RESCHEDULE EVENT |
| 1/29/1996 | 10:00AM | JURY TRIAL | MICHAEL KARPF | RESCHEDULE EVENT |
| 11/6/1995 | 10:00AM | JURY TRIAL | MICHAEL KARPF | RESCHEDULE EVENT |
| 9/27/1995 | 10:00AM | JURY TRIAL | MICHAEL KARPF | RESCHEDULE EVENT |
| 8/4/1995 | 2:00PM | ARRAIGNMENT/PRETRIAL HEARING | MICHAEL KARPF | |
| 7/5/1995 | 11:00AM | ARRAIGNMENT/PRETRIAL HEARING | MICHAEL KARPF | RESCHEDULE EVENT |
| 5/30/1995 | 11:00AM | ARRAIGNMENT/PRETRIAL HEARING | MICHAEL KARPF | RESCHEDULE EVENT |
| 4/24/1995 | 10:00AM | ARRAIGNMENT/CALENDAR CALL | MICHAEL KARPF | |

[Return to Top]

### Charges

| Charge | Description | Counts | Severity | Charge Date | Disposition |
|---|---|---|---|---|---|
| 16-8-2 | THEFT BY TAKING | 1 | * | 9/23/1996 | Other/ Mentally Ill 9/23/1996 |

| Sentencing Details: | Description | | | Fine | Duration | |
|---|---|---|---|---|---|---|
| | 20 Years | | | NaN | -PRISON | |
| 16-5-40 | KIDNAPPING | 1 | FELONY | 9/23/1996 | Other/ Mentally Ill 9/23/1996 | |
| Sentencing Details: | Description | | | Fine | Duration | |
| | 20 Years | | | NaN | -PRISON | |
| 16-5-40 | KIDNAPPING | 1 | FELONY | 12/7/1994 | Other/ Mentally Ill 9/23/1996 | |
| Sentencing Details: | Description | | | Fine | Duration | |
| | 20 Years | | | NaN | -PRISON | |
| 16-5-21 | AGGRAVATED ASSAULT | 1 | FELONY | 12/7/1994 | Other/ Mentally Ill 9/23/1996 | |
| Sentencing Details: | Description | | | Fine | Duration | |
| | 20 Years | | | NaN | -PRISON | |
| 16-8-41 | ARMED ROBBERY | 1 | FELONY | 12/7/1994 | Other/ Mentally Ill 9/23/1996 | |
| Sentencing Details: | Description | | | Fine | Duration | |
| | | | | NaN | -PRISON | |
| 16-6-1 | RAPE | 2 | FELONY | 12/6/1994 | Other/ Mentally Ill 9/23/1996 | |
| Sentencing Details: | Description | | | Fine | Duration | |
| | | | | NaN | -PRISON | |
| 16-5-40 | KIDNAPPING | 2 | FELONY | 12/6/1994 | Other/ Mentally Ill 9/23/1996 | |
| Sentencing Details: | Description | | | Fine | Duration | |
| | 20 Years | | | NaN | -PRISON | |
| 16-8-41 | ARMED ROBBERY | 1 | FELONY | 12/16/1994 | Other/ Mentally Ill 9/23/1996 | |
| Sentencing Details: | Description | | | Fine | Duration | |
| | | | | NaN | -PRISON | |
| 16-8-41 | ARMED ROBBERY | 1 | FELONY | 12/6/1994 | Other/ Mentally Ill 9/23/1996 | |
| Sentencing Details: | Description | | | Fine | Duration | |
| | | | | NaN | -PRISON | |
| 16-5-40 | KIDNAPPING | 1 | FELONY | 12/6/1994 | Other/ Mentally Ill 9/23/1996 | |
| Sentencing Details: | Description | | | Fine | Duration | |
| | 20 Years | | | NaN | -PRISON | |
| 16-8-41 | ARMED ROBBERY | 1 | FELONY | 9/23/1996 | Other/ Mentally Ill 9/23/1996 | |
| Sentencing Details: | Description | | | Fine | Duration | |
| | | | | $0.00 | -PRISON | |

[Return to Top]

## Proceedings

| | | | | | |
|---|---|---|---|---|---|
| 9/23/1996 | | CASE DISPOSED | OM | JAMES BASS | CASE DISPOSED XXXXXX OM1 BA |
| 9/23/1996 | 09:00AM | ARRAIGNMENT/PLEA HEARING | | JAMES BASS | |
| 9/23/1996 | 10:00AM | JURY TRIAL | RESCHEDULE EVENT | JAMES BASS | |
| 9/23/1996 | 09:00AM | JURY TRIAL | CANCELLED EVENT - CL | JAMES BASS | |
| 9/23/1996 | 3:00PM | MOTION HEARING (MTH) | CANCELLED EVENT - CL | JAMES BASS | |
| 9/16/1996 | 10:00AM | JURY TRIAL | CANCELLED EVENT - CL | JAMES BASS | |
| 7/16/1996 | 09:00AM | ARRAIGNMENT/PLEA HEARING | | JAMES BASS | |
| 6/24/1996 | 11:00AM | JURY TRIAL | EVENT COMPLETE | JAMES BASS | COMPETENCY HEARING |
| 5/20/1996 | 10:00AM | JURY TRIAL | RESCHEDULE EVENT | JAMES BASS | |
| 4/8/1996 | 10:00AM | JURY TRIAL | RESCHEDULE EVENT | JAMES BASS | |
| 2/26/1996 | 11:00AM | JURY TRIAL | RESCHEDULE EVENT | JAMES BASS | |
| 1/29/1996 | 10:00AM | JURY TRIAL | RESCHEDULE EVENT | MICHAEL KARPF | |
| 11/6/1995 | 10:00AM | JURY TRIAL | RESCHEDULE EVENT | MICHAEL KARPF | SPECIAL PLEA |
| 9/27/1995 | 10:00AM | JURY TRIAL | RESCHEDULE EVENT | MICHAEL KARPF | SPECIAL PLEA |
| 8/4/1995 | 2:00PM | ARRAIGNMENT/PRETRIAL HEARING | | MICHAEL KARPF | |

| 7/5/1995 | 11:00AM | ARRAIGNMENT/PRETRIAL HEARING | RESCHEDULE EVENT | MICHAEL KARPF | |
| 5/30/1995 | 11:00AM | ARRAIGNMENT/PRETRIAL HEARING | RESCHEDULE EVENT | MICHAEL KARPF | |
| 4/24/1995 | 10:00AM | ARRAIGNMENT/CALENDAR CALL | | MICHAEL KARPF | |

[Return to Top]

© Copyright 2017 - Chatham County Courts

| Click here to start over (OffQryForm.jsp) | Return to previous screen |

# NAME: DAVIS, GREG

GDC ID: 0000285575



PHYSICAL DESCRIPTION

**YOB:** 1966
**RACE:** BLACK
**GENDER:** MALE
**HEIGHT:** 5'09"
**WEIGHT:** 172
**EYE COLOR:** BROWN
**HAIR COLOR:** BLACK

SCARS, MARKS, TATTOOS

INCARCERATION DETAILS

**MAJOR OFFENSE:** RAPE

**MOST RECENT INSTITUTION:** CENTRAL STATE PRISON
**MAX POSSIBLE RELEASE DATE:** LIFE

Important Release Information

**ACTUAL RELEASE DATE:** CURRENTLY SERVING
**CURRENT STATUS:** ACTIVE

KNOWN ALIASES

**A.K.A.** DAVIS,GREG
**A.K.A.** DAVIS,GREGORY

STATE OF GEORGIA - CURRENT SENTENCES

CASE NO: 367732
**OFFENSE:** RAPE
**CONVICTION COUNTY:** CHATHAM COUNTY
**CRIME COMMIT DATE:** 12/04/1994
**SENTENCE LENGTH:** NOT AVAILABLE

CASE NO: 367732
**OFFENSE:** THEFT BY TAKING
**CONVICTION COUNTY:** CHATHAM COUNTY
**CRIME COMMIT DATE:** 12/04/1994
**SENTENCE LENGTH:** 20 YEARS, 0 MONTHS, 0 DAYS

CASE NO: 367732
**OFFENSE:** RAPE
**CONVICTION COUNTY:** CHATHAM COUNTY
**CRIME COMMIT DATE:** 12/04/1994
**SENTENCE LENGTH:** NOT AVAILABLE

CASE NO: 367732
**OFFENSE:** RAPE
**CONVICTION COUNTY:** CHATHAM COUNTY
**CRIME COMMIT DATE:** 11/30/1994
**SENTENCE LENGTH:** NOT AVAILABLE

CASE NO: 367732
**OFFENSE:** ARMED ROBBERY
**CONVICTION COUNTY:** CHATHAM COUNTY
**CRIME COMMIT DATE:** 11/30/1994
**SENTENCE LENGTH:** NOT AVAILABLE

CASE NO: 367732
**OFFENSE:** ARMED ROBBERY
**CONVICTION COUNTY:** CHATHAM COUNTY
**CRIME COMMIT DATE:** 11/30/1994
**SENTENCE LENGTH:** NOT AVAILABLE

CASE NO: 367732
**OFFENSE:** ARMED ROBBERY
**CONVICTION COUNTY:** CHATHAM COUNTY
**CRIME COMMIT DATE:** 11/30/1994
**SENTENCE LENGTH:** NOT AVAILABLE

CASE NO: 367732
**OFFENSE:** ARMED ROBBERY
**CONVICTION COUNTY:** CHATHAM COUNTY
**CRIME COMMIT DATE:** 11/30/1994
**SENTENCE LENGTH:** NOT AVAILABLE

CASE NO: 367732
**OFFENSE:** KIDNAPPING
**CONVICTION COUNTY:** CHATHAM COUNTY
**CRIME COMMIT DATE:** 11/30/1994
**SENTENCE LENGTH:** 20 YEARS, 0 MONTHS, 0 DAYS

CASE NO: 367732
**OFFENSE:** KIDNAPPING
**CONVICTION COUNTY:** CHATHAM COUNTY
**CRIME COMMIT DATE:** 11/30/1994
**SENTENCE LENGTH:** 20 YEARS, 0 MONTHS, 0 DAYS

CASE NO: 367732
**OFFENSE:** KIDNAPPING
**CONVICTION COUNTY:** CHATHAM COUNTY
**CRIME COMMIT DATE:** 11/30/1994
**SENTENCE LENGTH:** 20 YEARS, 0 MONTHS, 0 DAYS

CASE NO: 367732
**OFFENSE:** KIDNAPPING
**CONVICTION COUNTY:** CHATHAM COUNTY
**CRIME COMMIT DATE:** 11/30/1994
**SENTENCE LENGTH:** 20 YEARS, 0 MONTHS, 0 DAYS

CASE NO: 367732
**OFFENSE:** KIDNAPPING
**CONVICTION COUNTY:** CHATHAM COUNTY
**CRIME COMMIT DATE:** 11/30/1994
**SENTENCE LENGTH:** 20 YEARS, 0 MONTHS, 0 DAYS

CASE NO: 367732
**OFFENSE:** AGGRAV ASSAULT
**CONVICTION COUNTY:** CHATHAM COUNTY
**CRIME COMMIT DATE:** 11/30/1994
**SENTENCE LENGTH:** 20 YEARS, 0 MONTHS, 0 DAYS

STATE OF GEORGIA - PRIOR SENTENCES

STATE OF GEORGIA - INCARCERATION HISTORY

**INCARCERATION BEGIN:** 02/20/1997
**INCARCERATION END:** ACTIVE
**INCARCERATION BEGIN:** 03/24/1993
**INCARCERATION END:** 09/13/1993
**INCARCERATION BEGIN:** 09/13/1989
**INCARCERATION END:** 10/11/1991
**INCARCERATION BEGIN:** 06/01/1989
**INCARCERATION END:** 06/01/1989