# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| GREG DAVIS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) CV416-119 |
| SAMUEL S. OLENS; | ) |
| Attorney General; JUDGE | ) |
| MICHAEL L. KARPF, | ) |
| | ) |
| Respondents. | ) |

## REPORT AND RECOMMENDATION

Proceeding *pro se*, Greg Davis filed a "Motion Under Rule 60(b)(3) Fraud." Doc. 1. But it had nothing to do with anything that's occurred in this Court. Instead, it attacked what Davis seemed to say was a state criminal court "competency judgment" against him. *Id*. at 4. The Clerk docketed it as a 28 U.S.C. § 2254 petition. But since Davis was unclear about what he wanted, the Court sent him a § 2254 form and directed him to clarify his intent. Doc. 6. He now moves to dismiss his case without prejudice, and there is no reason why it should not be granted. Doc. 7. Meanwhile, the Court **DENIES** as moot his motions for leave to

proceed *in forma pauperis*. Docs. 2 & 5.

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. U.S.*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED**, this 2nd day of February, 2017.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA