UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GREG DAVIS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CV416-119 |
| | ) |
| SAMUEL S. OLENS, | ) |
| Attorney General, JUDGE | ) |
| MICHAEL L. KARPF, | ) |
| | ) |
| Respondents. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 21st day of February, 2017.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA